UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RANDY GILLELAND                                                                                          PLAINTIFF

v.                                         No. 5:21-CV-05188

NCR CORPORATION                                                                                         DEFENDANT

## ORDER

Before the Court is Plaintiff's unopposed motion (Doc. 29) for voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(2). Plaintiff states the subject plan is not governed by ERISA and, therefore, the Court does not have jurisdiction over the subject dispute. Because Plaintiff's motion clarifies the Court does not have subject matter jurisdiction, the case will be dismissed without prejudice. *See, e.g., Cnty. of Mille Lacs v. Benjamin*, 361 F.3d 460, 464 (8th Cir. 2001) ("A district court is generally barred from dismissing a case with prejudice if it concludes subject matter is absent.").

IT IS THEREFORE ORDERED that Plaintiff's motion (Doc. 29) for voluntary dismissal is GRANTED and this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered separately.

IT IS SO ORDERED this 10th day of February, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE