UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RANDY GILLELAND                                                                                    PLAINTIFF

v.                                            No. 5:21-CV-05188

NCR CORPORATION                                                                              DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 10th day of February, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE